ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -                                              )
                                                        )
Anderson Burton Construction, Inc.                      )    ASBCA No.   62236
                                                        )
Under Contract No.   N62473-15-D-2438                   )

APPEARANCE FOR THE APPELLANT:          Anthony P. Niccoli, Esq.
                                         Atkinson, Andelson, Loya, Ruud & Romo
                                         Cerritos, CA


APPEARANCES FOR THE GOVERNMENT:        Craig D. Jensen, Esq.
                                         Navy Chief Trial Attorney
                                       Roberto Ramos-Antonmattei, Esq.
                                         Senior Trial Attorney

OPINION BY ADMINISTRATIVE JUDGE SHACKLEFORD

The parties have resolved their dispute and request that the Board enter judgment in favor of appellant.

It is the Board's decision, pursuant to 41 U.S.C. §§ 7105(e), 7108(b), and the parties' stipulation and agreement, that the appeal is sustained.  In the nature of a consent judgment, the Board makes a monetary award to appellant in the amount of $72,500.00.  This amount is inclusive of Contract Disputes Act interest.  Appellant waives any right it may have to attorney fees under the Equal Access to Justice Act or any other authority.

Dated:  September 1, 2020

RICHARD SHACKLEFORD
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

(Signatures continued)

I concur

TIMOTHY P. MCILMAIL
Administrative Judge
Armed Services Board
of Contract Appeals

I concur

J. REID PROUTY
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Opinion and Decision of the Armed Services Board of Contract Appeals in ASBCA No. 62236, Appeal of Anderson Burton Construction, Inc., rendered in conformance with the Board's Charter.

Dated: September 2, 2020

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals

2